| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **JRJR33, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Richmont Capital Partners<br>2950 North Harwood St. Suite 2200<br>Dallas, TX 75201 | | | | | | $8,600,000.00 |
| 2 | JGB Collateral LLC<br>2 Charles Street<br>Westport CT<br>Westport, CT 6880 | | | | | | $5,264,989.00 |
| 3 | Rachel Longaberger Stukey<br>c/o Michael Stavnicky<br>3333 Richmond Rd #370<br>Beachwood, OH 44122 | | | | | | $2,749,729.00 |
| 4 | Tamala Longaberger<br>c/o Steven Tigges<br>41 S. High Street, Suite 3500<br>Columbus, OH 43215 | | | | | | $2,092,629.00 |
| 5 | NYSE American Intercontinental Exchange<br>5660 New Northside Dr. NW<br>3rd Floor | | | | | | $148,500.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor  **JRJR33, Inc.**  Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Fish & Richardson<br>1 Marina Park Drive<br>Boston, MA 2210 | | | | | | $145,000.00 |
| 7  Harwood International<br>2501 N. Harwood St,<br>14th floor<br>Dallas, TX 75201 | | | | | | $101,351.00 |
| 8  Whitley Penn<br>8343 Douglas Avenue # 400<br>Dallas, TX 75225 | | | | | | $100,000.00 |
| 9  TVT Capital LLC<br>30 Wall St., Suite 801<br>NY, NY 1005 | | | | | | $100,000.00 |
| 10  TVT Capital LLC<br>30 Wall St., Suit 801<br>NY, NY 1005 | | | | | | $100,000.00 |
| 11  Argus Capital Funding<br>85 Broad St., 17th Floor<br>NY, NY 10019 | | | | | | $100,000.00 |
| 12  RSM US LLP<br>One South Wacker Drive<br>Suite 800<br>Chicago, IL 60606 | | | | | | $92,000.00 |
| 13  West IP<br>401 South Fourth Street<br>Louisville, KY 40202 | | | | | | $85,500.00 |

Debtor **JRJR33, Inc.**
       Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | MHM & CBIZ  10616 Scripps Summit Court  San Diego, CA 92131 | | | | | | $82,000.00 |
| 15 | Holmes Murphy  12712 Park Central #100  Dallas, TX 75252 | | | | | | $80,000.00 |
| 16 | Workiva  2900 University Blvd.  Ames, IA 50010 | | | | | | $76,750.00 |
| 17 | Gracin Marlow  405 Lexingon Avenue, 26th Floor  NY, NY 10174 | | | | | | $75,000.00 |
| 18 | Clifton Larson Allen  5001 Spring Valley Road  Dallas, TX 75244 | | | | | | $71,000.00 |
| 19 | Randstand NA, Inc., d/b/a Tatum Staffing  c/o Craig Luffy, 9330 LBJ Fwy, Ste 810  Dallas, TX 75243 | | | | | | $49,000.00 |
| 20 | SEC  801 Cherry Street  Suite 1900, Unit 18  Fort Worth, TX 76102 | | Notice Only | | | | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:  **JRJR33, Inc.**                                        CASE NO

                                                                CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/29/2018                              Signature  /s/ Heidi Hafer, Esq.
                                                        *Heidi Hafer, Esq.*
                                                        *General Counsel*

Date _____               Signature _____