J. Frasher Murphy
State Bar No. 24013214
Travis Renna
State Bar No. 24105705
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: frasher.murphy@haynesboone.com
Email: travis.renna@haynesboone.com

**ATTORNEYS FOR**
**INTERNATIONAL CENTER DEVELOPMENT XVIII, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **Chapter 11** |
| § | | |
| **JRJR33, INC.,** § | | **Case No. 18-32123-SGJ11** |
| § | | |
| **DEBTOR.** § | | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)**
**AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE**
**2002 AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for International Center Development XVIII, LLC ("International XVIII") and pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, plan(s) or other documents, filed or entered in this case, be transmitted to:

J. Frasher Murphy
Travis Renna
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: frasher.murphy@haynesboone.com
Email: travis.renna@haynesboone.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of International XVIII (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which International XVIII is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

RESPECTFULLY SUBMITTED this 16th day of July, 2018.

**HAYNES AND BOONE, LLP**

By: */s/ J. Frasher Murphy*
    J. Frasher Murphy
    State Bar No. 24013214
    Travis Renna
    State Bar No. 24105705
    2323 Victory Avenue, Suite 700
    Dallas, TX 75219
    Telephone: 214.651.5000
    Facsimile:  214.651.5940
    Email: frasher.murphy@haynesboone.com
    Email: travis.renna@haynesboone.com

**ATTORNEYS FOR
INTERNATIONAL CENTER
DEVELOPMENT XVIII, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 16, 2018 a true and correct copy of the foregoing pleading was served via CM/ECF to all parties authorized to receive electronic notice in this case.

    */s/ J. Frasher Murphy*
    J. Frasher Murphy