# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: JRJR33, Inc.

§
§ Case No.: 18-32123
§
§
§
Debtor(s) §

**FILED**

JUL 3 1 2018

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Fedor        Robert        J.
   *Last*        *First*        *MI*

2. Firm Name: Robert J. Fedor, Esq., LLC

3. Address: 23550 Center Ridge Road, Suite 107
   Westlake, OH 44145

4. Phone: (440) 250-9709        FAX: (440) 250-9714

   Email: rjfedor@fedortax.com

5. Name used to sign *all* pleadings: Robert J. Fedor

6. Retained by: Rachel Longaberger Stukey

7. Admitted on 11/6/1989 and presently a member in good standing of the bar of the highest court of the state of Ohio and issued the bar license number of 42653.

8. Admitted to practice before the following courts:

   *Court:*        *Admission Date:*
   Please see attached

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | N/A | |
    | | |
    | | |

13. Local counsel of record: K. Lawson Pedigo

14. Local counsel's address: 3400 Carlisle Suite 550

    Dallas, TX 75204

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on __7/30/18__.

Robert J. Fedor
Printed Name of Applicant

7/30/18
Date

Signature of Applicant

**Application for Admission *Pro Hac Vice***
Supplemental Information
Robert J. Fedor representing Rachel Longaberger Stukey

8. Admitted to practice before the following courts:

Ohio; November 6, 1989
U.S. Court of Appeals 6th Circuit; October 24, 1990
United States Tax Court; October 26, 1990
U.S. District Court, Northern District of OH; July 16, 1991
U.S. District Court, Southern District of OH; February 14, 2007
U.S. District Court, Northern District of IL; April 2, 2008
U.S. District Court, Central District of IL; September 10, 2014

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Robert Joseph Fedor Jr.**
Attorney Registration No. **0042653**

was admitted to the practice of law in Ohio on November 6, 1989; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of July, 2018.

GINA WHITE PALMER
*Director, Attorney Services Division*

Lei Moore
*Administrative Assistant*