| Case No.: | 18-32123 | SGJ | Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JRJR33, INC. | | | Date Filed (f) or Converted (c): | 10/26/18 (c) |
| | | | | 341(a) Meeting Date: | 11/27/18 |
| For Period Ending: 07/27/21 | | | | Claims Bar Date: | 02/26/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BBVA COMPASS - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 2. UBS FINANCIAL SERVICES - MARKETABLE SECURITIES | 0.00 | 0.00 | | 0.00 | FA |
| 3. UBS FINANCIAL SERVICES - MARKETABLE SECURITIES | 0.00 | 0.00 | | 0.00 | FA |
| 4. UBS FINANCIAL SERVICES - MARKETABLE SECURITIES | 0.00 | 0.00 | | 0.00 | FA |
| 5. FROST BANK - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 6. DEPOSIT - SKYLINE PARTNERS, LTD, LANDLORD | 1,604.00 | 1,604.00 | | 0.00 | FA |
| 7. EQUITY OWNERSHIP | Unknown | 1.00 | | 0.00 | 1.00 |
| 8. MISC OFFICE FURNISHINGS | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 9. MISC OFFICE EQUIPMENT | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 10. TRADEMARK: CASPI | Unknown | 0.00 | | 177,500.00 | FA |
| 11. INTERNET DOMAIN NAME<br>JRJRNETWORKS.COM | 0.00 | 0.00 | | 177,500.00 | FA |
| 12. TAX REFUNDS AND UNUSED NET OPERATING LOSSES<br>$80 MILLION NOL - VALUE ON A GO FORWARD BASIS IS APPROXIMATELY $16,000,000. | 16,000,000.00 | 16,000,000.00 | | 0.00 | 16,000,000.00 |
| 13. CAUSES OF ACTION AGAINST THIRD PARTIES<br>IN CONNECTION WITH ACQUISITION OF LONGABERGER BY JRJR, TAMALA LONGABERGER FAILED TO DISCLOSE A SIGNIFICANT LIAIBLITY OF APPROXIMATELY $6-$7 MILLION. ESTIMATED VALUE OF $10,000,000. BREACH OF REPS & WARRANTIES | 10,000,000.00 | 10,000,000.00 | | 0.00 | 10,000,000.00 |
| 14. CAUSES OF ACTION AGAINST THIRD PARTIES<br>JRJR33, INC. AND AGEL ENTERPRISES, INC. VS. MICHAEL BISHOP AND ACTITECH L.P., CASE NO. DC-17-15206. - FRAUDULENT INDUCEMENT/BREACH OF FIDUCIARY | 30,000,000.00 | 30,000,000.00 | | 0.00 | 30,000,000.00 |
| 15. CAUSES OF ACTION AGAINST THIRD PARTIES<br>CLAIM AGAINST YOUNGEVITY FOR CONVERSION OF BUSINESS ENTERPRISE INVOLVING THE SALE OF SPICES, MEAT RUBS, OLIVE OIL BASED SALAD DRESSINGS, | 30,000,000.00 | 30,000,000.00 | | 0.00 | 30,000,000.00 |

| Case No: | 18-32123 | SGJ | Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | JRJR33, INC. | | | Date Filed (f) or Converted (c): | 10/26/18 (c) |
| | | | | 341(a) Meeting Date: | 11/27/18 |
| | | | | Claims Bar Date: | 02/26/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VINEGARS, ETC. VIA THE HOME PARTY DIRECT SELLING MODEL. IT OPERATED IN AUSTRALIA, NEW ZEALAND THE UNITIED KINGDOM, CANADA AND THE U.S. NO LAWSUIT IS CURRENTLY PENDING. AT TIME OF CONVERSION ANNUAL GROSS REVENUE WAS IN EXCESS OF $18 MILLION. | | | | | |
| 16. CAUSES OF ACTION AGAINST THIRD PARTIES CLAIM AGAINST BDO FOR ACCOUNTING ERRORS AND OVERBILLING. NO LAWSUIT IS CURRENTLY PENDING. (MALPRACTICE AND E&O) | 15,000,000.00 | 15,000,000.00 | | 0.00 | 15,000,000.00 |
| 17. CLAIM IN DANISH BANKRUPTCY CASE (u) | 0.00 | 16,434.02 | | 16,434.02 | FA |
| TOTALS (Excluding Unknown Values) | $101,021,604.00 | $101,038,039.02 | | $391,434.02 | Gross Value of Remaining Assets $101,000,001.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LITIGATION PENDING BUT NO DISCOVERY CONDUCTED. SETTLEMENT NEGOTIATIONS HAVE CONTINEUD, BUT NO RESOLUATION. ESTIMATED DATE OF CLOSING IS 06/30/2022.

Initial Projected Date of Final Report (TFR): 11/01/19        Current Projected Date of Final Report (TFR): 06/30/22