Kevin D. McCullough
State Bar No. 00788005
Kathryn G. Reid
State Bar No. 24068126
Shannon S. Thomas
State Bar No. 24088442
Zachary G. Levick
State Bar No. 24119380
ROCHELLE McCULLOUGH, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: 214-953-0182
Facsimile: 214-953-0185
kdm@romclaw.com
kreid@romclaw.com
sthomas@romclaw.com
zlevick@romclaw.com

GENERAL COUNSEL FOR
ROBERT YAQUINTO, JR., CHAPTER 7 TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-32123-SGJ-7 |
| JRJR33, INC., and | § | CASE NO. 18-32124-SGJ-7 |
| THE LONGABERGER COMPANY | § | |
| | § | Jointly Administered Under |
| DEBTORS. | § | Case No. 18-32123-SGJ-7 |

## CERTIFICATE OF SERVICE [DKT. NO. 215]

I hereby certify that I caused the *Trustee's Motion to Approve Compromise and Settlement Pursuant to FED. R. BANKR. P. 9019*, filed on August 13, 2021 and appearing at docket number 215, to be served via ECF and via U.S. First Class Mail, postage-prepaid, on the attached service list pursuant to N.D. Tex. L.B.R. 2002-1(f). The mailout was performed by third-party vendor, Platinum Intelligent Data Solutions, as verified in the attached Certificate of Mailing.

Dated: August 16, 2021.

Respectfully submitted,

By: */s/ Kathryn G. Reid*
Kevin D. McCullough
State Bar No. 00788005
Kathryn G. Reid
State Bar No. 24068126
Shannon S. Thomas
State Bar No. 24088442
Zachary G. Levick
State Bar No. 24119380
ROCHELLE McCULLOUGH, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: 214-953-0182
Facsimile: 214-953-0185
kdm@romclaw.com
kreid@romclaw.com

GENERAL BANKRUPTCY COUNSEL FOR
ROBERT YAQUINTO, JR., CHAPTER 7 TRUSTEE