FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No.: | 18-32123 SGJ Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | JRJR33, INC. | Date Filed (f) or Converted (c): | 10/26/18 (c) |
| | | 341(a) Meeting Date: | 11/27/18 |
| For Period Ending: 07/28/22 | | Claims Bar Date: | 02/26/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BBVA COMPASS - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 2. UBS FINANCIAL SERVICES - MARKETABLE SECURITIES | 0.00 | 0.00 | | 16.85 | FA |
| 3. UBS FINANCIAL SERVICES - MARKETABLE SECURITIES | 0.00 | 0.00 | | 0.00 | FA |
| 4. UBS FINANCIAL SERVICES - MARKETABLE SECURITIES | 0.00 | 0.00 | | 0.00 | FA |
| 5. FROST BANK - CHECKING ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 6. DEPOSIT - SKYLINE PARTNERS, LTD, LANDLORD | 1,604.00 | 1,604.00 | | 0.00 | FA |
| 7. EQUITY OWNERSHIP | Unknown | 1.00 | | 0.00 | 1.00 |
| 8. MISC OFFICE FURNISHINGS | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 9. MISC OFFICE EQUIPMENT | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 10. TRADEMARK: CASPI | Unknown | 0.00 | | 177,500.00 | FA |
| 11. INTERNET DOMAIN NAME JRJRNETWORKS.COM | 0.00 | 0.00 | | 177,500.00 | FA |
| 12. TAX REFUNDS AND UNUSED NET OPERATING LOSSES $80 MILLION NOL - VALUE ON A GO FORWARD BASIS IS APPROXIMATELY $16,000,000. | 16,000,000.00 | 16,000,000.00 | | 0.00 | 16,000,000.00 |
| 13. CAUSES OF ACTION AGAINST THIRD PARTIES IN CONNECTION WITH ACQUISITION OF LONGABERGER BY JRJR, TAMALA LONGABERGER FAILED TO DISCLOSE A SIGNIFICANT LIAIBLITY OF APPROXIMATELY $6-$7 MILLION. ESTIMATED VALUE OF $10,000,000. BREACH OF REPS & WARRANTIES | 10,000,000.00 | 10,000,000.00 | | 0.00 | 10,000,000.00 |
| 14. CAUSES OF ACTION AGAINST THIRD PARTIES JRJR33, INC. AND AGEL ENTERPRISES, INC. VS. MICHAEL BISHOP AND ACTITECH L.P., CASE NO. DC-17-15206. - FRAUDULENT INDUCEMENT/BREACH OF FIDUCIARY | 30,000,000.00 | 30,000,000.00 | | 0.00 | 30,000,000.00 |
| 15. CAUSES OF ACTION AGAINST THIRD PARTIES CLAIM AGAINST YOUNGEVITY FOR CONVERSION OF BUSINESS ENTERPRISE INVOLVING THE SALE OF SPICES, MEAT RUBS, OLIVE OIL BASED SALAD DRESSINGS, | 30,000,000.00 | 30,000,000.00 | | 0.00 | FA |

LFORM1

Ver: 22.06b

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| Case No: | 18-32123 SGJ Judge: STACEY G. JERNIGAN | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | JRJR33, INC. | Date Filed (f) or Converted (c): | 10/26/18 (c) |
| | | 341(a) Meeting Date: | 11/27/18 |
| | | Claims Bar Date: | 02/26/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| VINEGARS, ETC. VIA THE HOME PARTY DIRECT SELLING MODEL. IT OPERATED IN AUSTRALIA, NEW ZEALAND THE UNITIED KINGDOM, CANADA AND THE U.S. NO LAWSUIT IS CURRENTLY PENDING. AT TIME OF CONVERSION ANNUAL GROSS REVENUE WAS IN EXCESS OF $18 MILLION.<br><br>** THE YOUNGEVITY LAWSUIT WAS VOLUNTARILY DISMISSED AND BOTH SIDES WALKED AWAY AFTER IT BECAME CLEAR THERE WAS NO INSURANCE COVERAGE TRIGGERED BY THE CLAIMS ASSERTED ON BEHALF OF YOUNGEVITY AND ANY JUDGMENT WOULD BE DIFFICULT TO COLLECT | | | | | |
| 16. CAUSES OF ACTION AGAINST THIRD PARTIES<br>CLAIM AGAINST BDO FOR ACCOUNTING ERRORS AND OVERBILLING. NO LAWSUIT IS CURRENTLY PENDING. (MALPRACTICE AND E&O) | 15,000,000.00 | 15,000,000.00 | | 0.00 | 15,000,000.00 |
| 17. CLAIM IN DANISH BANKRUPTCY CASE (u) | 0.00 | 16,434.02 | | 16,434.02 | FA |
| 18. D&O SETTLEMENT (u) | 0.00 | 1,600,000.00 | | 1,652,590.51 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $101,021,604.00 | $102,638,039.02 | | $2,044,041.38 | $71,000,001.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

D&O LAWSUIT SETTLED AND PAYMENT RECEIVED. ACTITECH FILED CHAPTER 11 BANKRUPTCY TO AVOID TRIAL. MOTION TO DISMISS ACTITECH BANKRUPTCY FILED. SECOND MEDIATION IS BEING COORDINATED. ESTIMATED DATE OF CLOSING IS 03/31/2023.

Initial Projected Date of Final Report (TFR): 11/01/19    Current Projected Date of Final Report (TFR): 03/31/23

LFORM1

Ver: 22.06b